MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 29, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-219 |
| DAMIAN K. LABEAUD | SECTION L |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT
              X  COUNSEL FOR DEFENDANT  Richard V. Kohnke (retained)
              X  ASSISTANT U.S. ATTORNEY  BRIAN M. KLEBBA
              __ INTERPRETER _____ SWORN
                   (TIME:  ____.M to ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

_ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

_ / BAIL SET AT _____

_ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: Hearing to Determine Counsel satisfied; Attorney has been retained

**NOTICE:** X / PRE-TRIAL CONFERENCE: **DECEMBER 23, 2019 AT 1:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

X / TRIAL: **DECEMBER 30, 2019 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: 03