UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**  **CRIMINAL ACTION**

**VERSUS**  **NUMBER 19-219**

**DAMIAN K. LABEAUD**  **SECTION "L"**

## ORDER

Considering the Motion to Withdraw as Counsel filed by Defendant Damian K. Labeaud's attorney, Richard V. Kohnke, R. Doc. 7, and being that granting the motion would leave Mr. Labeaud without counsel;

**IT IS ORDERED** that Mr. Kohnke's Motion to Withdraw, R. Doc. 7, be and hereby is **GRANTED**.

**IT IS ORDERED** that this issue be referred to Magistrate Judge Wilkinson for determination and for appointment of counsel.

**IT IS FURTHER ORDERED** that Defendant is to appear before the Magistrate Judge Wilkinson for a hearing regarding determination and appointment of counsel.

New Orleans, Louisiana on this 31st day of October, 2019.

_____
Eldon E. Fallon
U.S. District Court Judge

CC:

Magistrate Judge Wilkinson