UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-219 |
| DAMIAN K. LABEAUD | SECTION: L |

ORDER

This matter has been referred from the District Judge for a hearing to determine counsel. Record Doc. No. 18. Accordingly,

**IT IS ORDERED** that a hearing to determine counsel is set for November 6, 2019, at 10:30 a.m. before Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this 1st day of November 2019.

_____
JOSEPH C. WILKINSON, JR.,
UNITED STATES MAGISTRATE JUDGE