UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-219 |
| VERSUS | SECTION : L (2) |
| DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY WADE, JUDY WILLIAMS and DASHONTAE YOUNG | VIOLATION: 18:371, 18:1343, 18:2 |

NOTICE OF JURY TRIAL

Pretrial Conference set for Monday, December 23, 2019 at 1:30pm.

Take Notice that this criminal case has been set for a TRIAL on MONDAY, DECEMBER 30, 2019 AT 8:30AM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| Date: November 15, 2019 | WILLIAM W. BLEVINS, CLERK |
| TO: | by: Dean Oser, Deputy Clerk |
| DAMIAN K. LABEAUD - Bond<br>Steven Lemoine, Esq.<br>SteveLem@aol.com | AUSA: Brian Klebba, Edward J. Rivera, Shirin Hakimzadeh |
| | U.S. Department of Justice – Jared L. Hasten |
| LUCINDA THOMAS - Bond<br>Michael Riehlmann, Rsq.<br>mgriehlmann@hotmail.com | U.S. Marshal |
| | U.S. Probation Officer |
| MARY WADE - Bond<br>Samuel Scillitani, Jr., Asst. FPD | U.S. Probation Office - Pretrial Services Unit |
| JUDY WILLIAMS   BOND<br>Ralph Whalen, Esq.<br>ralphswhalen@ralphswhalen.com | **JUDGE**<br><br>**MAGISTRATE** |
| DASHONTAE YOUNG - Bond<br>Anna Friedberg, Esq.<br>afriedberglaw@gmail.com | COURT REPORTER COORDINATOR<br>INTERPRETER: NONE |
| | Special Agent Robert Orvin<br>Federal Bureau of Investigation |
| **If you change address,<br>notify clerk of court<br>by phone, 504-589-7686** | |