UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-219** |
| v. | * | **SECTION: "L"** |
| **DAMIAN K. LABEAUD** | * | |
| a/k/a Damian Kevin Lebeaud | | |
| a/k/a Damien K. Lebeaud | * | |
| **LUCINDA THOMAS** | | |
| **MARY WADE** | * | |
| **JUDY WILLIAMS** | | |
| a/k/a Judy Lagarde | * | |
| **DASHONTAE YOUNG** | | |
| **GENETTA ISREAL** | * | |
| **MARIO SOLOMON** | | |
| a/k/a Mario Salomon | * | |
| **LARRY WILLIAMS** | | |
| | * | |

\*   \*   \*

## MOTION AND INCORPORATED MEMORANDUM
## TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through undersigned Assistant United States Attorney, and respectfully requests that Assistant United States Attorney Maria Carboni be enrolled as additional counsel in the above-captioned matter.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

s/ Brian M. Klebba
BRIAN M. KLEBBA
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3079

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                        s/ Brian M. Klebba
                                        BRIAN M. KLEBBA
                                        Assistant United States Attorney