UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.19-219 |
| vs. | |
| DAMIAN K. LABEAUD | SECTION L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

CONSIDERING the Motion for Permission to Travel,

IT IS ORDERED that Damian K. Labeaud is granted permission to travel to Shreveport, Louisiana, for the dates of September 13, 2020, through September 20, 2020, for the employment purposes stated in his motion.

New Orleans, Louisiana, this  9th  day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE