UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-219 |
| v. | * | SECTION: "L" |
| DAMIAN LABEAUD | * | |

\* \* \*

### ORDER

Due to the Court's unavoidable scheduling conflict;

**IT IS ORDERED** that the sentencing in the above-captioned matter presently scheduled for May 25, 2023, is hereby **CONTINUED** until the 8th day of June, 2023, at 2 p.m.

New Orleans, Louisiana, this 27th day of February, 2023.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE