UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-219** |
| v. | * | SECTION: "L" |
| **DAMIAN LABEAUD** | * | |
| | * * * | |

## ORDER

Considering the Defendant's unopposed motion to continue sentencing, at R. Doc. 362;

**IT IS ORDERED** that the motion be **GRANTED** and that sentencing in the above-captioned matter presently scheduled for June 8, 2023, is hereby continued until the 31st day of August, 2023, at 2:00 p.m.

New Orleans, Louisiana, this 31st day of May, 2023.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE