UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-219 |
| v. | * | SECTION: "L" |
| DAMIAN LABEAUD | * | |

\* \* \*

## ORDER

Considering the foregoing joint motion to continue sentencing for 120 days;

**IT IS ORDERED** that the sentencing in the above-captioned matter presently scheduled for August 31, 2023, is hereby continued until the 7th day of December, 2023, at 2 p.m.

New Orleans, Louisiana, this 23rd day of August, 2023.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE