UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-219 |
| VERSUS | SECTION : L (2) |
| DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY WADE, JUDY WILLIAMS, DASHONTAE YOUNG, GENETTA ISREAL, MARIO SOLOMON and LARRY WILLIAMS | VIOLATION: 18:371, 18:1343, 18:2 |

NOTICE OF SENTENCING – Labeaud - ONLY (from 8/31/23)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, DECEMBER 7, 2023, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date: August 28, 2023                                 CAROL L. MICHEL, CLERK

TO:                                                                   by: Dean Oser, Deputy Clerk

DAMIAN K. LABEAUD  -  Bond                AUSA:  Brian Klebba, Edward J. Rivera,
Steven Lemoine, Esq.                               Brandon Long, Maria Carboni
SteveLem@aol.com

LUCINDA THOMAS  -  Bond                     U.S. Marshal

                                                                    U.S. Probation Officer

                                                                    U.S. Probation Office - Pretrial Services Unit

MARY WADE  -  Bond                              **JUDGE**
Samuel Scillitani, Jr., Asst. FPD
Annalisa Miron, Asst. FPD                        **MAGISTRATE**

JUDY WILLIAMS    BOND                        COURT REPORTER COORDINATOR
Ralph Whalen, Esq.                                 INTERPRETER: NONE
ralphswhalen@ralphswhalen.com

DASHONTAE YOUNG  -  Bond                Special Agent Brandon Brown
Anna Friedberg, Esq.                              Federal Bureau of Investigation
afriedberglaw@gmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7686**

GENETTA ISRAEL   -   Bond
James Washington, III, Esq.
jwashington@attorneyjameswashington.com

LARRY WILLIAMS   -   Bond
C. Gary Wainwright, Esq.
cgarywainwright@gmail.com

MARIO SOLOMON   -   Custody
Bruce Ashley, II, Esq.
bashleylawyer@aol.com