UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-219 |
| VERSUS | SECTION : L (2) |
| DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY WADE, JUDY WILLIAMS, DASHONTAE YOUNG, GENETTA ISREAL, MARIO SOLOMON and LARRY WILLIAMS | VIOLATION: 18:371, 18:1343, 18:2 |

NOTICE OF SENTENCING – Labeaud - ONLY (from 12/7/23)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, February 22, 2024, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| Date:  December 4, 2023 | CAROL L. MICHEL, CLERK |
| TO: | by: Dean Oser, Deputy Clerk |
| DAMIAN K. LABEAUD  -   Bond<br>Steven Lemoine, Esq.<br>SteveLem@aol.com | AUSA:  Brian Klebba, Edward J. Rivera,<br>Brandon Long, Maria Carboni |
| | U.S. Marshal |
| LUCINDA THOMAS  -   Bond | U.S. Probation Officer |
| | U.S. Probation Office - Pretrial Services Unit |
| MARY WADE  -   Bond<br>Samuel Scillitani, Jr., Asst. FPD<br>Annalisa Miron, Asst. FPD | **JUDGE** |
| | **MAGISTRATE** |
| JUDY WILLIAMS    BOND<br>Ralph Whalen, Esq.<br>ralphswhalen@ralphswhalen.com | COURT REPORTER COORDINATOR<br>INTERPRETER: NONE |
| DASHONTAE YOUNG  -   Bond<br>Anna Friedberg, Esq.<br>afriedberglaw@gmail.com | Special Agent Brandon Brown<br>Federal Bureau of Investigation |

**If you change address,
notify clerk of court
by phone, 504-589-7686**

GENETTA ISRAEL   -   Bond
James Washington, III, Esq.
jwashington@attorneyjameswashington.com

LARRY WILLIAMS   -   Bond
C. Gary Wainwright, Esq.
cgarywainwright@gmail.com

MARIO SOLOMON   -   Custody
Bruce Ashley, II, Esq.
bashleylawyer@aol.com