UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-219 |
| v. | * | SECTION: "L" |
| DAMIAN LABEAUD | * | |

\* \* \*

**O R D E R**

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of the Orleans Parish Prison or one of his authorized deputies, ordering and directing said Sheriff, or one of his authorized deputies, to surrender the body of **DAMIAN LABEAUD** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **31st day of January 2024, at 2:00 p.m.,** before the Duty Magistrate Judge, to appear for an initial appearance after which **DAMIAN LABEAUD** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

New Orleans, Louisiana, this   25th   day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE