UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VS.

DAMIAN LABEAUD

(CR)

No. 19-219 L

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff , Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **DAMIAN LABEAUD** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **31st** day of **January 2024**, at **2:00 p.m.,** before the Duty Magistrate Judge, to appear for an initial appearance after which **DAMIAN LABEAUD** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 25th day of January, 2024

CAROL L. MICHEL, CLERK

BY: _____
Deputy Clerk