MINUTE ENTRY
JANUARY 31, 2024
NORTH, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-219 |
| DAMIAN K. LABEAUD | SECTION: L |

## INITIAL APPEARANCE BOND VIOLATION

APPEARANCES:   _X_/ DEFENDANT WITH/WITHOUT COUNSEL __STEVEN LEMOINE__
                        _X_/ ASST. U. S. ATTORNEY __BRIAN KLEBBA__ Edward Rivera for
                        ___/ PRETRIAL OFFICER __JOHN ROMAN__
                        ___/ INTERPRETER,_____, SWORN   (TIME: _____.M. TO _____.M.)
___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED
___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

___/ BOND AMENDED: _____

___/ DEFENDANT VOLUNTARILY SURRENDERED THE BOND.
_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON ORIGINAL/AMENDED BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR:

_X_/ RULE TO REVOKE BOND        __TO BE SET__
Sealed medical order

MJSTAR: 00: 04