UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER 19-219** |
| **DAMIAN K. LABEAUD** | **SECTION "L"** |

## ORDER

Considering Mr. Labeaud's 18 U.S.C. § 3143 Violation;

**IT IS ORDERED** that this matter is referred to the assigned Magistrate Judge, Donna Phillips Currault, for further bond revocation proceedings.

New Orleans, Louisiana, this 1st day of February, 2024.

_____
United States District Judge