UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-219 |
| DAMIAN K. LABEAUD | SECTION: L |

## ORDER

This matter has been referred from the District Judge for further bond revocation proceedings (Rec. Doc. 386). Accordingly,

**IT IS ORDERED** that a bond revocation hearing is set for February 14, 2024, at 2:00 p.m. before Magistrate Judge Donna Phillips Currault.

New Orleans, Louisiana, this 2nd day of February 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
AUSA
Defense Counsel
USP