MINUTE ENTRY
CURRAULT, M.J.
FEBRUARY 16, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-219 |
| DAMIAN K. LABEAUD | SECTION: L |

BOND REVOCATION HEARING

PRESENT:  _X_/ DEFENDANT
　　　　　__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
　　　　　_X_/ COUNSEL FOR DEFENDANT STEVEN LEMOINE
　　　　　_X_/ ASST. U. S. ATTORNEY BRIAN M. KLEBBA
　　　　　_X_/ PRETRIAL/PROBATION OFFICER    AMY LAPOINTE FOR JOHN ROMAN
　　　　　__/ INTERPRETER
　　　　　__/ GOVERNMENT WITNESS(ES)_____

　　　　　__/ DEFENSE WITNESS(ES)_____

__/ DEFENDANT'S MOTION FOR BOND REDUCTION DENIED; ORIGINAL BOND REMAINS IN FORCE.

__/ DEFENDANT'S MOTION FOR BOND REDUCTION GRANTED; BOND REDUCED TO _____

__/ GOVERNMENT'S MOTION FOR BOND INCREASE DENIED; ORIGINAL BOND REMAINS IN FORCE.

__/ GOVERNMENT'S MOTION FOR BOND INCREASE GRANTED; BOND INCREASED TO _____

__/ GOVERNMENT'S MOTION TO REVOKE BOND GRANTED AND THE DEFENDANT'S BOND IS ORDERED REVOKED.

_X_/ DEFENDANT VOLUNTARILY SURRENDERED THE BOND. - *Stipulated to detention*
__/ DEFENDANT RELEASED ON ORIGINAL/AMENDED BOND.
_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL.

__/ OTHER_____

MJSTAR: 00: 04