UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 19-219 |
|---|---|
| v. | |
| DAMIAN K. LABEAUD | SECTION L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON JOINT MOTION TO CONTINUE SENTENCING**

CONSIDERING the Joint Motion to Continue Sentencing filed on February 9, 2024,

IT IS ORDERED that the Joint Motion to Continue Sentencing is GRANTED, and that the sentencing herein currently scheduled for February 22, 2024, at 2:00 p.m., is rescheduled for the 18th day of April, 2024, at 2:00 P.M. C.S.T.

New Orleans, Louisiana, this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE