UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL NO. 19-219

VERSUS                                                SECTION : L (2)

DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY              VIOLATION: 18:371, 18:1343, 18:2
WADE, JUDY WILLIAMS, DASHONTAE YOUNG,
GENETTA ISREAL, MARIO SOLOMON and
LARRY WILLIAMS

NOTICE OF SENTENCING – Labeaud - ONLY  (from 2/22/24)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, APRIL 18, 2024, AT
2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline
Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of
motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for
evaluation and search 15 minutes prior to appearance.

Date:  February 21, 2024                    CAROL L. MICHEL, CLERK

TO:                                         by: Dean Oser, Deputy Clerk

DAMIAN K. LABEAUD   -   Bond               AUSA:  Brian Klebba, Edward J. Rivera, Maria
Steven Lemoine, Esq.                       Carboni
SteveLem@aol.com
                                           U.S. Marshal
LUCINDA THOMAS   -   Bond
                                           U.S. Probation Officer

                                           U.S. Probation Office - Pretrial Services Unit

MARY WADE   -   Bond                       **JUDGE**
Samuel Scillitani, Jr., Asst. FPD
Annalisa Miron, Asst. FPD                  **MAGISTRATE**

JUDY WILLIAMS     BOND                      COURT REPORTER COORDINATOR
Ralph Whalen, Esq.                         INTERPRETER: NONE
ralphswhalen@ralphswhalen.com
                                           Special Agent Brandon Brown
DASHONTAE YOUNG   -   Bond                 Federal Bureau of Investigation
Anna Friedberg, Esq.
afriedberglaw@gmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7686**