UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.19-219 |
| vs. | |
| DAMIAN K. LABEAUD | SECTION L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXPEDITED HEARING RELATIVE TO MOTION REINSTATE PRETRIAL BOND

Defendant Damian Labeaud moves the Court for an expedited hearing on the Motion to Reinstate Pretrial Bond, in order that the hearing may expeditiously occur to avoid Mr. Labeaud's having to spend unnecessary time in jail.

s/Steven Lemoine
Steven Lemoine, LABRN 8310
3004 David Drive
Metairie ,LA 70003
Telephone: 504-236-6211
Email: stevelem@aol.com
ATTORNEY FOR DAMIAN LABEAUD


CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by email March 13, 2024.

                        s/ Steven Lemoine
                        STEVEN LEMOINE