UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 19-219 |
| DAMIAN K. LABEAUD | SECTION: L |

The court is in receipt of defendant's Motion to Reinstate Pretrial Bond (Rec. Doc. 399) and Motion to Expedite (Rec. Doc. 400). A telephone status conference was held with counsel.

**IT IS ORDERED** that the Motions (Rec. Docs. 399 and 400) are **GRANTED.**

**IT IS FURTHER ORDERED** that all previously imposed Condition of Release remain set.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release (Rec. Doc. 16) is **MODIFIED** to add the additional condition that defendant have no contact with the victim of the domestic violence incident on January 13, 2024.

**IT IS FURTHER ORDERED** that the defendant be released from the custody of the U.S. Marshal on March 15, 2024.

New Orleans, Louisiana, this 14th day of March 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

Certified copy:
USMS
USP
AUSA
Counsel for Defendant