UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.19-219 |
| vs. | |
| DAMIAN K. LABEAUD | SECTION L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JOINT MOTION TO CONTINUE SENTENCING**

NOW INTO COURT comes Damian K. Labeaud, through counsel, who moves his sentencing, now scheduled for April 18, 2024, at 2:00 p.m., be rescheduled for a date in September, 2024, in order that mover can provide pertinent information to the Court.

The Assistant U.S. Attorney prosecuting this matter, Brian Klebba, joins in this request.

/Steven Lemoine
STEVEN LEMOINE
Bar No.  8310
3004 David Drive
Metairie, LA 70003
Telephone:  (504) 236-6211
ATTORNEY FOR DAMIAN LABEAUD

## **CERTIFICATE**

I hereby certify that the foregoing JOINT MOTION TO CONTINUE SENTENCING will be filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the U.S. Attorney's Office and defense counsel of record by operation of the Court's electronic filing system.
New Orleans, Louisiana, April 9, 2024.

s/Steven Lemoine
STEVEN LEMOINE