UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.19-219 |
| vs. | |
| DAMIAN K. LABEAUD | SECTION L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER ON JOINT MOTION TO CONTINUE SENTENCING</u>**

CONSIDERING the Joint Motion to Continue Sentencing,

IT IS ORDERED that the sentencing of Damian K. Labeaud be and hereby is rescheduled to the _____day of _____, 2024, at ____o'clock ___.m.

New Orleans, Louisiana, this _____day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE