UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.19-219 |
| vs. | |
| DAMIAN K. LABEAUD | SECTION L |

*************************************************************

**ORDER**

Considering the Joint Motion to Continue Sentencing,

IT IS ORDERED that the sentencing of Damian K. Labeaud be and hereby is rescheduled to the 19th day of September, 2024, at 2 o'clock p.m.

New Orleans, Louisiana, this 11th day of April, 2024.

_____

United States District Judge