UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 19-219

VERSUS                                      SECTION : L (3)

DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY     VIOLATION: 18:371, 18:1343, 18:2
WADE, JUDY WILLIAMS, DASHONTAE YOUNG,
GENETTA ISREAL, MARIO SOLOMON and
LARRY WILLIAMS

NOTICE OF SENTENCING – Labeaud - ONLY  (from 4/18/24)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, SEPTEMBER 19, 2024, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important:** Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:  April 16, 2024                       CAROL L. MICHEL, CLERK

TO:                                         by: Dean Oser, Deputy Clerk

DAMIAN K. LABEAUD   - Custody              AUSA:  Brian Klebba, Edward J. Rivera, Maria
Steven Lemoine, Esq.                        Carboni
SteveLem@aol.com
                                            U.S. Marshal
LUCINDA THOMAS   -   Bond
                                            U.S. Probation Officer

                                            U.S. Probation Office - Pretrial Services Unit

MARY WADE  -   Bond
Samuel Scillitani, Jr., Asst. FPD
Annalisa Miron, Asst. FPD                   **JUDGE**

JUDY WILLIAMS    BOND                       **MAGISTRATE**
Ralph Whalen, Esq.
ralphswhalen@ralphswhalen.com               COURT REPORTER COORDINATOR
                                            INTERPRETER: NONE
DASHONTAE YOUNG  -  Bond
Anna Friedberg, Esq.                        Special Agent Brandon Brown
afriedberglaw@gmail.com                     Federal Bureau of Investigation

**If you change address,
notify clerk of court
by phone, 504-589-7686**

GENETTA ISRAEL   -   Bond
James Washington, III, Esq.
jwashington@attorneyjameswashington.com

LARRY WILLIAMS   -   Bond
C. Gary Wainwright, Esq.
cgarywainwright@gmail.com

MARIO SOLOMON   -   Custody
Bruce Ashley, II, Esq.
bashleylawyer@aol.com