UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.19-219 |
| vs. | |
| DAMIAN K. LABEAUD | SECTION L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO CONTINUE SENTENCING

NOW INTO COURT comes Damian K. Labeaud, through counsel, who moves his sentencing, now scheduled for October 16, 2025, at 2:00 p.m., be rescheduled for a date in May, 2026, in order that mover can provide pertinent information to the Court relative to Mr. Labeaud's participation in the matter of *United States v. Harris et al*, E.D.L.A. # 24-105, set for trial on March 2, 2026, which is expected to be a three week long trial.

The Assistant U.S. Attorney prosecuting this matter, Brian Klebba, joins in this request.

/Steven Lemoine
STEVEN LEMOINE
Bar No.  8310
3004 David Drive
Metairie, LA 70003
Telephone:  (504) 236-6211
ATTORNEY FOR DAMIAN LABEAUD

## CERTIFICATE

I hereby certify that the foregoing JOINT MOTION TO CONTINUE SENTENCING will be filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the U.S. Attorney's Office and defense counsel of record by operation of the Court's electronic filing system.

New Orleans, Louisiana, October8, 2024.

s/Steven Lemoine

STEVEN LEMOINE