UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO.19-219

vs.

DAMIAN K. LABEAUD                           SECTION L

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO CONTINUE SENTENCING

NOW INTO COURT come Damian K. Labeaud, through counsel, and the United States of America, through counsel, who move that Mr. LaBeaud's sentencing, now scheduled for Thursday, April 2, 2016, at 2:00 p.m., be rescheduled to approximately late August, 2026, to enable mover and the Government to provide pertinent sentencing information to the Court. In particular, there are proceedings in July, 2026, which will inform the Court of important sentencing considerations.

s/Steven Lemoine
STEVEN LEMOINE
LABRN 08310
3004 David Dr.
Metairie, LA 70003
504-236-6211
stevelem@aol.com
ATTORNEY FOR DAMIAN LABEAUD

### CERTIFICATE

I hereby certify that the foregoing JOINT MOTION TO CONTINUE SENTENCING will be filed the Clerk of Court through the ECF system
New Orleans, Louisiana, March 23, 2026.
s/Steven Lemoine
STEVEN LEMOINE