**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO.  19-219** |
| **v.** | * | **SECTION:  "L"** |
| **DAMIAN LABEAUD** | * | |
| | * * * | |

**ORDER**

Considering the Joint Motion to Continue Sentencing filed by Defendant Damian LaBeaud and the Government, R. Doc. 450;

**IT IS ORDERED** that the Motion is **GRANTED** and that the sentencing of Mr. LaBeaud, currently scheduled for April 2, 2026, is hereby **CONTINUED** to August 20, 2026, at 2:00 P.M.

New Orleans, Louisiana, this 24th day of March, 2026.

_____
United States District Judge