UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY
WADE, JUDY WILLIAMS, DASHONTAE YOUNG,
GENETTA ISREAL, MARIO SOLOMON and
LARRY WILLIAMS

CRIMINAL NO. 19-219

SECTION : L (3)

VIOLATION: 18:371, 18:1343, 18:2

NOTICE OF SENTENCING – Labeaud - ONLY (from 4/2/26)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, AUGUST 20, 2026, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:  March 27, 2026

TO:
DAMIAN K. LABEAUD   - Bond
Steven Lemoine, Esq.
SteveLem@aol.com

LUCINDA THOMAS  -  Sentenced 1/19/23

MARY WADE  -  Sentenced 1/19/23

JUDY WILLIAMS  -  Sentenced 1/19/23

DASHONTAE YOUNG  -  Sentenced 2/2/23

GENETTA ISRAEL  -  Sentenced 12/16/21

LARRY WILLIAMS  -  Sentenced 1/22/21

MARIO SOLOMON  -  Sentenced 7/21/22

**If you change address,
notify clerk of court
by phone, 504-589-7687**

CAROL L. MICHEL, CLERK

by: Jennifer Limjuco, Deputy Clerk

AUSA:  Brian Klebba & Edward J. Rivera

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE

Special Agent Brandon Brown
Federal Bureau of Investigation